ORIGINAL

FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0343

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0343

ROBERT DANNELS,

Plaintiff and Appellee,

v.

BNSF RAILWAY COMPANY,

Defendant and Appellant.

FILED

APR 0 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

NOTICE

Justice Laurie McKinnon hereby provides notice to all parties in the above-referenced matter that her son-in-law, Eli Inabnit, is an attorney with the law firm of Garlington, Lohn & Robinson, PLLP, which represents a party in these proceedings. Justice McKinnon has confirmed with Mr. Inabnit that he has not participated in this proceeding.

Should any party object to Justice McKinnon presiding in these proceedings, please file a Notice of Objection with the Clerk of the Montana Supreme Court within 14 days of the date of this Notice and Justice McKinnon will recuse herself. If no Notice is filed, Justice McKinnon will remain on the case.

The Clerk is directed to mail a copy of this Notice to all counsel of record.

DATED this 6th day of April, 2020.

_____
Justice